IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hasse, Christoher M

Printed: 11/25/08

Case Number:  07 B 08758
Judge:  Squires, John H
Filed:  10/23/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed - No Disch:  October 9, 2008
Confirmed:  January 16, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,474.48 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,500.00 |
| Trustee Fee: |  | 225.71 |
| Other Funds: |  | 748.77 |
| Totals: | 4,474.48 | 4,474.48 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Drew & Snyder Counselors at Law | Administrative | 3,500.00 | 3,500.00 |
| 2. | Mazda American Credit | Secured | 0.00 | 0.00 |
| 3. | Mazda American Credit | Secured | 0.00 | 0.00 |
| 4. | Mortgage Services Group | Secured |  | No Claim Filed |
| 5. | Harris Trust & Savings Bank | Secured |  | No Claim Filed |
| 6. | Bank Of America | Unsecured |  | No Claim Filed |
| 7. | Bank Of America | Unsecured |  | No Claim Filed |
| 8. | Bank Of America | Unsecured |  | No Claim Filed |
| 9. | Sears / Citibank SD | Unsecured |  | No Claim Filed |
| 10. | Washington Mutual Providian | Unsecured |  | No Claim Filed |
|  |  |  | $ 3,500.00 | $ 3,500.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 80.76 |
| 6.5% | 144.95 |
|  | $ 225.71 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Hasse, Christoher M

Printed: 11/25/08

Case Number:  07 B 08758
Judge:  Squires, John H
Filed:  10/23/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

